that the note in question, for $8,000, was a joint one made by the plaintiffs Egbert and Lowther, and by Hanson, the defendant's testator, and Cameron. The plaintiffs, having been obliged to pay the obligation at maturity, are entitled to contribution of one-fourth of the amount from the defendant. Dillenbeck v. Dygert, 97 N. Y. 303, 49 Am. Rep. 525; 4 Am. & Eng. Enc. Law (2d Ed.) 110; Bradley v. Burwell, 3 Denio, 61. There is no variance between the pleadings and the proof, and, if there is a misjoinder of parties plaintiff, that objection should have been taken by demurrer or answer. Code, § 499; Williams v. Ingersoll, 23 Hun, 284. Judgment in favor of plaintiffs, with disbursements, but without costs or allowance. Judgment for plaintiffs, without costs.

ERDTMANN, Respondent, v. ERDTMANN, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Elize Erdtmann against Paul W. Erdtmann. T. M. Rowlette, for appellant. L. Lacker, for respondent. No opinion. Order modified, by reducing alimony to $7.50 a week and counsel fee to $50, without costs.

ERIE R. CO., Respondent, v. STEWARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by the Erie Railroad Company against Mary Anna Steward and others. No opinion. Matter postponed until the first Friday of the next term of this court. Stay to continue meantime.

FARRELL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Ellen Farrell against the Metropolitan Street Railway Company. C. F. Brown, for appellant. H. Gottlieb, for respondent. No opinion. Judgment and order affirmed, with costs.

FERGUSON, Appellant, v. CITY OF GLOVERSVILLE, Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Ida Ferguson against the city of Gloversville. No opinion. Judgment unanimously affirmed, with costs.

FERGUSON, Appellant, v. CITY OF GLOVERSVILLE, Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Walter Ferguson against the city of Gloversville. No opinion. Judgment unanimously affirmed, with costs.

FIRST NAT. BANK OF GROTON, Appellant, v. HART, Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by the First National Bank of Groton against George H. Hart. No opinion. Judgment affirmed, with costs. All concur, except KELLOGG, J., who dissents.

FLEMING v. SELIGMAN. (Supreme Court, Appellate Division, First Department.

June 21, 1901.) Action by Clarence E. Fleming against Minnie Seligman. No opinion. Motion denied.

FLEMING, Appellant, v. SELIGMAN, Respondent. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Clarence E. Fleming against Minnie Seligman. W. F. Severance, for appellant. D. May, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FRANCIS, Appellant, v. SOUTHERN RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 14, 1901.) Action by William H. N. Francis against the Southern Railway Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re FRASER. (Supreme Court, Appellate Division, Second Department. June 14, 1901.) In the matter of the application of George C. Fraser for leave to practice as attorney and counselor at law in the courts of this state. No opinion. Application granted.

FRAZIER, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by Charles W. Frazier against Thomas E. Smith and others. No opinion. Order affirmed, with $10 costs and disbursements.

FRENCH, Respondent, v. RICH et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Winsor B. French against Waldo L. Rich, as administrator, etc., and Henry Hettrich. No opinion. Judgment affirmed, with costs.

FROST v. PINKERTON. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Joseph W. Frost against Robert A. Pinkerton. No opinion. Motion denied, with $10 costs.

GAFFNEY, Respondent, v. METROPOLITAN EL. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Patrick Gaffney against the Metropolitan Elevated Railway Company. W. H. Godden, for appellant. J. A. Weekes, Jr., for respondent. No opinion. Judgment modified by reducing amount awarded for fee damages to $1,500, and by reducing judgment as entered for rental damages to the sum of $978, and, as modified, affirmed, without costs.

GARVIN, Respondent, v. RHEINFRANK et al., Appellants. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by John Garvin, as administrator, against Frederick Rheinfrank and others. J. V. Bouvier, for appellants. J. M. Ward, for respondent. No opinion. Judgment and order affirmed, with costs.